ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone (602) 682-2608
FAX (602) 514-7270

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 11 |
| CHARLES M. BREWER | ) Case No. 2:11-bk-27322-DPC |
| CHARLES M. BREWER, LTD., an Arizona professional corporation, | ) Case No., 2:12-bk-14957-EWH |
| Debtors. | ) (Jointly administered under DPC) |
| | ) **\* Appointment is specific to case 2:11-bk-27322-DPC.** |
| | ) Order Approving Appointment of Chapter 11 Trustee. |

Following the Order of July 16, 2013 that was reduced to writing dated July 22, 2013, and pursuant to Fed. R. of Bankr. P. 2007.1(b) and 11 U.S.C. § 1104(c), the United States Trustee selected Steven J. Brown for appointment as Trustee in the case of Charles M. Brewer, Case No. 2:11-bk-27322-DPC.

IT IS ORDERED that the selection of Steven J. Brown as Trustee in the case of Charles M. Brewer case, case no. 2:11-bk-27322-DPC is hereby approved.

**DATED AND SIGNED ABOVE.**