SO ORDERED.

Dated: November 22, 2013

Daniel P. Collins, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In Re:<br><br>CHARLES M. BREWER,<br>CHARLES M. BREWER, Ltd., an<br>Arizona professional corporation,<br><br>Debtors. | Chapter 11<br><br>Case No.: 2:11-bk-27322-DPC<br>Case No.: 2:12-bk-14957-EWH<br><br>(Jointly Administered as 2:11-bk-27322-DPC)<br><br>ORDER SETTING AN EXPEDITED HEARING ON EMERGENCY MOTION TO APPOINT A CHAPTER 11 TRUSTEE OVER CHARLES M. BREWER, LTD.<br><br>Hearing Date: 11/26/13<br>Hearing Time: 1:30 p.m.<br>Location: U.S. Bankruptcy Court<br>230 North 1st Avenue<br>Courtroom 601<br>Phoenix, Arizona |
|---|---|

**THIS MATTER CAME BEFORE THE COURT** on Andante Law Group of Daniel E. Garrison, PLLC's Motion for Expedited Consideration of Andante Law Group of Daniel E. Garrison PLLC's Emergency Motion to Appoint a Chapter 11 Trustee over Charles Mr. Brewer, Ltd. Finding good case to grant the relief requested:

1    **IT IS HEREBY ORDERED** setting an expedited hearing on the Andante Law Group of Daniel E. Garrison, PLLC's Emergency Motion to Appoint a Chapter 11 Trustee over Charles Mr. Brewer, Ltd. filed at docket entry ("DE") 875 to occur on **November 26, 2013 at 1:30 p.m., U.S. Bankruptcy Court, 230 North First Avenue, Courtroom 601, Phoenix, Arizona** (the "<u>Hearing</u>").

**IT IS FURTHER ORDERED** that any party in interest that wishes to object to Motion shall file and serve its objection at or before 5:00 p.m. the judicial day prior to the Hearing. Any timely objection shall be heard at the Hearing.

**ORDERED, SIGNED AND DATED ABOVE.**